## (May 28, 1940.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES C. CLARK, Appellant, v. WILLIAM E. SNYDER, as Warden of Dannemora State Prison, Respondent.— Motion to prosecute appeal on longhand record and brief denied. Motion to

prosecute appeal on typewritten record and brief granted. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.